FILED
October 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                    Plaintiff,           )<br>v.                                                    )<br>                                                          )<br>WING CHOU CHAN,                      )<br>                                                          )<br>                    Defendant.        )<br>_____) | Case No. 2:09-cr-438 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WING CHOU CHAN ; Case 2:09-cr-438 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000.00 co-signed by Kuen Chan and Lai Chan.

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) Pretrial conditions/supervision. Defendant to surrender passport by close of business on 10/23/2009.

Issued at Sacramento, CA on 10/22/09 at 3:19 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge