FILED
October 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:09-cr-438 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| WING CHOU CHAN, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WING CHOU CHAN</u> ; Case <u>2:09-cr-438 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of <u>$50,000.00 co-signed by Kuen Chan and Lai Chan.</u>

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond secured by Real Property

    \_\_    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision. Defendant to surrender passport by close of business on 10/23/2009.</u>

Issued at <u>Sacramento, CA</u> on <u>10/22/09</u>    at  _3:19 p.m_

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge